UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JERRY DUANE MCGEE, II,<br><br>Plaintiff,<br><br>v.<br><br>MADERA TOYOTA, CHEVERLET, et al.,<br><br>Defendants. | Case No.: 1:25-cv-00704-KES-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE<br><br>Doc. 5 |

Plaintiff Michael Jerry Duane McGee, II is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to the False Claims Act, 31 U.S.C. § 3729 ("FCA"). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 16, 2025, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a claim. Doc. 5. Specifically, the findings and recommendations note that plaintiff, proceeding pro se, is prohibited from prosecuting FCA qui tam actions without retaining counsel. *See Stoner v. Santa Clara Cnty. Office of Educ.*, 502 F.3d 1116, 1127 (9th Cir. 2007). And in any event, plaintiff's complaint lacks any factual allegations of fraud to state a cognizable FCA claim.

The findings and recommendations were served on plaintiff and contained notice that

objections were to be filed within fourteen (14) days of service. *Id*. at 7. Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued June 16, 2025, Doc. 5, are ADOPTED in full;
2. This action is DISMISSED with prejudice for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 15, 2025

_____
UNITED STATES DISTRICT JUDGE

2